PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MC-GLENNON, KAYS, DEAR, JJ. 10.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. EDWARD B. TWARDUS, PLAINTIFF IN ERROR.

Submitted May 26, 1928—Decided October 15, 1928.

For the defendant in error, *Joseph L. Smith.*

For the plaintiff in error, *J. Victor D'Aloia.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.